## ON MOTION

### ORDER

Upon consideration of Abelman, Frayne & Schwab's motion to withdraw their appeal,

IT IS ORDERED THAT:

(1) The motion is granted and appeal 2009–1101 is dismissed.

(2) The revised official captions are reflected above.

Raymond T. Chen, Patent & Trademark Office, Arlington, VA, Alan Burch, U.S. Attorneys Office, Washington, DC, for Defendant–Appellee.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**George E. KERSEY, Plaintiff–Appellant,**

v.

**COMMISSIONER OF PATENTS AND TRADEMARKS, Defendant–Appellee.**

Nos. 2009–1115, 2009–1246.

United States Court of Appeals, Federal Circuit.

March 25, 2009.

George E. Kersey, Framingham, MA, pro se.

**Kenneth DEAN, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 2009–3082.

United States Court of Appeals, Federal Circuit.

March 25, 2009.

Kenneth Dean, College Park, GA, pro se.

Michelle A. Windmueller, U.S. Postal Service, Washington, DC, for Respondent.